IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA LOAN SERVICES, | No. C 09-05436 SI |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| CHRISTIAN A. VILLELA, et al., | |
| Defendants. | |

On August 24, 2009, plaintiff filed a complaint for unlawful detainer in the Contra Costa County Superior Court. The complaint named two defendants, Christian Villela and Carlos Villela, the alleged joint tenants of the property in question, as well as five Doe defendants also allegedly in possession of the property. Subsequently, on November 17, 2009, defendant Julio Niebla filed a Notice of Removal to this Court. None of the other defendants joined in the removal.

Under 28 U.S.C. § 1441(b), an action that does not involve any federal claims may be removed "only if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought." Because defendant Niebla's Notice of Removal specifically states that Niebla is a California citizen, it appears that this action was not properly subject to removal.

Accordingly, the Court hereby orders the parties to **show cause in writing, to be submitted no later than February 26, 2010, why this action should not be remanded to the Contra Costa County Superior Court.** If no such showing is made, the Court will enter an order remanding this action.

**IT IS SO ORDERED.**

Dated: February 12, 2010

SUSAN ILLSTON
United States District Judge