IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA LOAN SERVICES, | No. C 09-05436 SI |
| Plaintiff, | **ORDER REMANDING ACTION** |
| v. | |
| CHRISTIAN A. VILLELA, et al., | |
| Defendants. | |

On November 17, 2009, defendant Julio Niebla removed this unlawful detainer action from the Contra Costa County Superior Court. On February 12, 2010, this Court issued an order stating that it appeared the action was not properly subject to removal and directing the parties to show cause no later than February 26, 2010 why the action should not be remanded. No party made any showing in response to the Court's order. Additionally, plaintiff has filed a motion to remand, which no defendant has opposed within the time set forth in the Local Rules.

Accordingly, the Court hereby GRANTS plaintiff's unopposed motion to remand. (Docket No. 10). This action is hereby REMANDED to the Contra Costa County Superior Court.

**IT IS SO ORDERED.**

Dated: March 8, 2010

SUSAN ILLSTON
United States District Judge